# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIVANE PITTMAN<br><br>*On her own behalf and on behalf of all other similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO WILD WINGS INTERNATIONAL, INC.<br><br>and<br><br>INSPIRE BRANDS, INC.<br><br>Defendants. | Civil Action No. BAH-22-02173 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Divane Pittman, and Defendant, Buffalo Wild Wings, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.     All claims of the Plaintiff, Divane Pittman, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2.     All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated:  November 29, 2023     Respectfully submitted,

**KalielGold PLLC**

By:   */s/ Jeffrey D. Kaliel*
     Jeffrey D. Kaliel
     1100 15th Street NW, 4th Floor
     Washington, D.C. 20005

Telephone: (202) 350-4783
jkaliel@kalielpllc.com

**Brown, Goldstein & Levy, LLP**

Neel Lalchandani (Bar No. 20291)
Andrew D. Freeman (Bar No. 03867)
Lauren J. Kelleher (Bar No. 22134)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
adf@browngold.com
nlalchandani@browngold.com
lkelleher@browngold.com

*Attorneys for Plaintiff Divane Pittman and the Proposed Class*


            */s/ Ellen E. Dew*
Ellen E. Dew
Ellen.Dew@dlapiper.com
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel. (410) 580-3000

David Farkas
Trevor Moore
David.Farkas@us.dlapiper.com
Trevor.Moore@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Tel.  (310) 595-3000

*Attorneys for Defendant Buffalo Wild Wings*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 29th day of November, 2023, a copy of the foregoing Joint

Stipulation for Dismissal was served electronically on counsel of record.


<u>        */s/ Neel K. Lalchandani*        </u>
Neel K. Lalchandani